UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61732-CIV-DIMITROULEAS

CATHEDRAL OF PRAISE WORSHIP
CENTER, INC.,

    Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendant Scottsdale Insurance Company's Motion to Compel Appraisal, to Stay Litigation, to Delineate and Itemize Appraisal Award, and to Strike Plaintiff's Claim for Attorneys' Fees [DE 9] and the Report and Recommendation of United States Magistrate Judge Alicia O. Valle [DE 13], issued on November 13, 2020. The Court notes that no objections to the Report [DE 13] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 13] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 13] and record and is otherwise fully advised in the premises. The Court agrees with

1

the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 13] is hereby **ADOPTED** and **APPROVED**;

2. Defendant Scottsdale Insurance Company's Motion to Compel Appraisal, to Stay Litigation, to Delineate and Itemize Appraisal Award, and to Strike Plaintiff's Claim for Attorneys' Fees [DE 9] is hereby **GRANTED IN PART AND DENIED IN PART**;

3. Defendant's request for an appraisal is **GRANTED**. The parties are **DIRECTED** to proceed with the appraisal process set forth in the Appraisal Provision of the Insurance Policy.

4. Defendant's request for an itemized and delineated appraisal is **DENIED**.

5. The above-styled action is hereby **STAYED** pending the completion of the appraisal. Upon completion of the appraisal, the parties should immediately file a notice with the Court advising that the stay should be lifted. The parties shall file joint status reports on March 1, 2021, and every sixty (60) days thereafter regarding the status of the appraisal process.

6. Defendant's motion to strike the attorney's fee provision in the Complaint is **GRANTED IN PART** to the extent that Plaintiff should be permitted to file an Amended Complaint seeking attorney's fees under the appropriate Florida statute.

7. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case during the pendency of the appraisal.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of December, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Valle
Counsel of record